# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEWMAN, | No. 2:16-CV-1575-WBS-DMC |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

      Plaintiff, who is proceeding pro se, brings this civil rights action. At the time the complaint was filed, plaintiff was a state prisoner. Plaintiff has since, however, been released from custody. The Clerk of the Court will, therefore, be directed to re-designate this action as a pro se civil action.

      Pending before the court is plaintiff's motion for a change of venue (Doc. 18). Plaintiff's amended complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately. The Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference unless specifically directed by the court to do so.

/ / /

/ / /

/ / /

Plaintiff seeks a change of venue to Los Angeles, where he currently resides. The federal venue statute requires that the action be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. See 28 U.S.C. § 1391(b). Here, some, if not all, of the alleged constitutional violations took place in Solano County, which is within the boundaries of the Eastern District of California. See e.g. Doc. 8 (July 11, 2016, Chief District Judge order transferring matter to Sacramento Division of this court). Therefore, a change of venue to Los Angeles is not warranted.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to re-designate this action as a pro se civil action; and

2. Plaintiff's motion for a change of venue (Doc. 18) is denied.

Dated: October 24, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE